IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENNETTA KENDRIX, individually and on behalf of all others similarly situated, | ) Case No. 2:24-cv-11222 ) ) Chief Judge Sean F. Cox |
| Plaintiff, | ) ) |
| -vs- | ) ) |
| OPTALIS PROFESSIONAL SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Now come the parties, jointly and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate to a dismissal of this matter with prejudice. Each party to bear its own costs.

Respectfully submitted,

/s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

/s/ *James L. Simon*
James L. Simon
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

*Counsel for Plaintiff*

/s/ *Christopher G. Kuhn*
Christopher G. Kuhn
Robert C. Pivonka
ROLF MARTIN LANG LLP
31105 Bainbridge Road, Suite 4
Cleveland, Ohio 44139
Telephone: (216) 682-2112
Email: kuhn@rolflaw.com
Email: pivonka@rolflaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon all necessary parties through the Court's Electronic Case Filing system on this 7th day of March, 2025.

/s/*Christopher G. Kuhn*
Christopher G. Kuhn